CASH
*v.*
DURAND.

SAME CASE—ON THE APPLICATION FOR A RE-HEARING.

SLIDELL, C. J. Pursuant to the opinion of a majority of the Judges, it is ordered that the re-hearing prayed for in this case be refused.

BUCHANAN, J., and OGDEN, J., dissenting.